FILED

07 OCT 31 PM 4:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDV   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2985-WQH |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| EDUARDO BARAJAS, et al., ) aka Eddie-Boy, ) | ~~SECRET~~ |
| Defendants. ) | UNSEALED AS OF 11/6/07 |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Salvador Chavez-Chavez, et al.</u>, Criminal Case No. 07CR1407-WQH, and <u>United States of America v. Andres Chavez-Chavez, et al.</u>, Criminal Case No. 07CR1408-WQH.

DATED: October 31, 2007.

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney