AO 442

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Julio Cesar Jimenez (8),
aka Foo-Foo

**WARRANT FOR ARREST**

CASE NUMBER: 07cr2985 WQH

FID 1407253

**SECRET**
UNSEALED 11/6/07
07 NOV 20 AM 9:38

FILED
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: pml DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Julio Cesar Jimenez (8), aka Foo-Foo
                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine

DATE ARRESTED: 11/06/07
ARRESTED BY: DEA / USMS

Steven Stafford (Acting)
U.S. MARSHAL, S/CA
BY Cesar Martin

In violation of Title _____ See Above _____ United States Code, Section(s)

W. Samuel Hamrick, Jr.                              Clerk of the Court
Name of Issuing Officer                              Title of Issuing Officer

s/ J. Jocson   **J. JOCSON** (SEAL)          11/01/07    San Diego, California
Signature of Deputy                                  Date and Location

RECEIVED 2007 NOV -1 AM 11:19 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Bail fixed at $ _____ No-Bail _____ by _____ The Honorable Louisa S. Porter _____
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEA - OCDETF   SW-CAS #430  "Operation My Three Brothers"
AUSA Peter Ko  X 6618