# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Julio Cesar Jimenez

CASE NUMBER **07CR2985-WQH**

ABSTRACT OF ORDER

Booking No. **06501298**

2007 NOV 30 P 8:48

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **11/30/07** the Court entered the following order:

- **X** Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- **X** Defendant released on $ **250,000 PS** bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for ___ years.
- ___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court: ___ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- **X** Defendant to be released to Pretrial Services for electronic monitoring.
- **X** Other. **Release to Pretrial Services by 10am on 11/30/07 PTS Contact # 520-8855**

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK JR., Clerk
by _____ Deputy Clerk

Received _____
DUSM

Crim-9 (Rev 6-95)    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY