PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 20 AM 9:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

U. S. A. vs. JIMENEZ, JULIO CESAR          Docket No. 07CR2985WQH-008

### Petition for Modification on Conditions of Pretrial Release

Comes now Boris Ilic Pretrial Services Officer presenting an official report upon the conduct of defendant JULIO CESAR JIMENEZ who was placed under pretrial release supervision by the Honorable Cathy Ann Bencivengo sitting in the court at San Diego, on the 29th day of November, 2007, under the following conditions:

Travel restriction to the Southern District of California with no travel to Mexico; pretrial supervision; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both; and participate in the Active GPS monitoring program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant admitted to using marijuana on the day of his arrest.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.**

ORDER OF COURT

Considered and ordered this __19__ day of December, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge William Q. Hayes

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __12/13/07__

Respectfully,
_____
Boris Ilic, U.S. Pretrial Services Officer

Place __San Diego, California__

Date __December 13, 2007__