PS 8
(8/88)

# United States District Court
for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 30 PM 12: 27

U. S. A. vs. JIMENEZ, JULIO CESAR            Docket No. 07CR2985WQH-008

### Petition for Action on Conditions of Pretrial Release

BY: _____ DEPUTY

   Comes now Boris Ilic Pretrial Services Officer presenting an official report upon the conduct of defendant JULIO CESAR JIMENEZ who was placed under pretrial release supervision by the Honorable Cathy Ann Bencivengo sitting in the court at San Diego, on the 29th day of November, 2007, under the following conditions:

Travel restriction to the Southern District of California with no travel to Mexico; pretrial supervision; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both; and participate in the Active GPS monitoring program.

On December 19, 2007, the Court ordered the defendant to submit to drug testing and/or treatment as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Conditions violated: Participate in the Active GPS monitoring program

1. On January 18, 2008, the defendant failed to comply with the rules of the Home Confinement Program as he was not in range of the Miniature Tracking Device (MTD) from 2:21 p.m. until 3:04 p.m. and his whereabouts were unknown during that time.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO APPEAR FOR AN ORDER TO SHOW CAUSE HEARING ON FEBRUARY 1, 2008, AT 1:00 P.M. SO HE MAY SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this ___29___ day of January, 2008 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge William Q. Hayes

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/28/08

Respectfully, _____
Boris Ilic, U.S. Pretrial Services Officer

Place   San Diego, California
Date    January 28, 2008