1   KAREN P. HEWITT
    United States Attorney
2   TIMOTHY F. SALEL
    Assistant U.S. Attorney
3   California State Bar No. 163597
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-6074
    Fax No:    (619) 557-3445
6   Email address:  timothy.salel@usdoj.gov@usdoj.gov

7   Attorneys for Plaintiff
    United States of America

8

9               UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11   UNITED STATES OF AMERICA, | Criminal Case No. 07CR2985-WQH |
| 12           Plaintiff, | |
| 13        v. | JOINT MOTION FOR A PROTECTIVE ORDER |
| 14   EDUARDO BARAJAS (1), | |
|          aka Eddie-Boy, | |
| 15   VICTOR RAMOS (2), | |
|          aka V, | |
| 16   ALEJANDRO VELARDE (3), | |
|          aka Lil' Al, | |
| 17   MIGUEL RIVERA MEDINA (4) | |
|          aka Vampiro, | |
| 18   JACOB TALLAECHE (5) | |
|          aka Dopey, | |
| 19   THOMAS ALEJANDRO MANZANO (6), | |
|          aka Tommy-Boy, | |
| 20   DERIC WILLIAMS (7), | |
|          aka Pelon, | |
| 21   JULIO CESAR JIMENEZ (8), | |
|          aka Foo-Foo, | |
| 22   ERNESTO ROMAN LOPEZ (9), | |
|          aka Ernie, | |
| 23 | |
|          Defendants. | |
| 24 | |

25      The parties, United States of America, by and through its counsel KAREN P. HEWITT,

26   United States Attorney, and MICHAEL J. CROWLEY and TIMOTHY F. SALEL, Assistant United

27   States Attorneys, and the above-listed defendants, through their respective defense counsel, hereby

28   jointly move, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, for this Court to

TFS:klb:Salel:Barajas:07cr2985-WQH Joint Motion for a Protective Order.

1   enter a protective order in order to prevent premature and unwarranted disclosure of evidence to

2   potential targets, subjects, witnesses, and unrelated third parties,

3          The parties jointly move and agree that the defendants, their counsel of record, and their

4   paralegals, law clerks, secretaries, experts, investigators, assistants, office personnel and employees

5   shall not disclose the substance of any discovery material received from the Government in the

6   above-captioned matter, including all wiretap documents, to any third party, unless such material

7   is already a matter of public record, without prior approval of this Court;

8          The parties further move and agree that the United States Attorney and the Assistant United

9   States Attorneys assigned to this case (hereafter collectively referred to as "the Government") and

10  their assistants, the defendants, their counsel and their assistants, shall not disclose the substance of

11  any discovery material produced to the defendants or obtained by the Government from the

12  defendants, unless such material is already a matter of public record, to representatives of the media

13  or other third parties not involved in any way in the investigation or prosecution of the case.

14         The parties further move and agree that nothing contained herein shall prevent the

15  Government, or any defendant or their counsel, from disclosing such discovery material to any other

16  attorneys working for the Government, the defendants or their counsel, government agents (federal,

17  state or local), paralegals, law clerks, secretaries, experts, investigators, assistants, office personnel,

18  employees , and any other person who is working for the Government or the defendants and their

19  counsel (collectively referred to as "assistants") in the investigation or preparation of this case or,

20  with respect to the Government and its assistants only, in other criminal investigations, without prior

21  court order.  Further, nothing contained herein shall preclude the Government, defendants or their

22  counsel, or their respective assistants from conducting an investigation of the facts of this case on

23  behalf of the Government or said defendants, or with respect to the Government and its assistants

24  only, from conducting an investigation of other criminal activity, including interviewing witnesses

25  disclosed by said discovery materials, or from taking statements from witnesses disclosed by said

26  discovery materials, or from asking said witnesses if they themselves have made prior statements

27  to the Government that are disclosed in the discovery materials, and about the contents of such

28

1    statements. In connection with any such investigation, it shall not be necessary that the Government,

2    the defendants or their counsel, or their respective assistants, obtain prior permission of this Court.

3        The parties jointly move and agree that, should counsel withdraw or be disqualified from

4    participation in this case, any material received and any copies derived therefrom, shall be returned

5    to the Government within 10 days.

6        Finally, the parties jointly move and agree that each counsel shall be required to

7    communicate the substance of this order and explain it to their clients and assistants before

8    disclosing the substance of the discovery to their clients or assistants.

9                                 Respectfully submitted,

10                                KAREN P. HEWITT
                                  United States Attorney
11
        DATED: January 30, 2008    */S/ MICHAEL J. CROWLEY*
12                                  MICHAEL J. CROWLEY
                                    Assistant U.S. Attorney
13
        DATED: January 30, 2008    */S/ TIMOTHY F. SALEL*
14                                  TIMOTHY F. SALEL
                                    Assistant U.S. Attorney
15
        DATED: January 30, 2008    */S/ STEPHEN P. WHITE*
16                                  STEPHEN P. WHITE
                                    Attorney for Eduardo Barajas (1)
17
        DATED: January 30, 2008    */S/ MARK F. ADAMS*
18                                  MARK F. ADAMS
                                    Attorney for Victor Ramos (2)
19
        DATED: January 30, 2008    */S/ LYNN H. BALL*
20                                  LYNN H. BALL
                                    Attorney for Alejandro Velarde (3)
21
        DATED: January 30, 2008    */S/ ROBERT E. BOYCE*
22                                  ROBERT E. BOYCE
                                    Attorney for Miguel Rivera Medina (4)
23
        DATED: January 30, 2008    */S/ JAMES W. GLEAVE*
24                                  JAMES W. GLEAVE
                                    Attorney for Jacob Tallaeche (5)
25
        DATED: January 30, 2008    */S/ NANCY B. ROSENFELD*
26                                  NANCY B. ROSENFELD
                                    Attorney for Thomas A. Manzano (6)
27

28

1      DATED: January 30, 2008          /S/ ANTHONY E. COLOMBO, JR.
                                        ANTHONY E. COLOMBO, JR.
2                                       Attorney for Deric Williams (7)

3      DATED: January 30, 2008          /S/ CHARLES N. GUTHRIE
                                        CHARLES N. GUTHRIE
4                                       Attorney for Julio Cesar Jimenez (8)

5      DATED: January 30, 2008          /S/ HOWARD B. FRANK
                                        HOWARD B. FRANK
6                                       Attorney for Ernest Roman Lopez (9)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3                          UNITED STATES DISTRICT COURT

4                        SOUTHERN DISTRICT OF CALIFORNIA

5   UNITED STATES OF AMERICA,            )   Criminal Case No. 07CR2985-WQH
                                         )
6                    Plaintiff,          )
                                         )
7         v.                             )   CERTIFICATE OF SERVICE
                                         )
8   EDUARDO BARAJAS, et al.,             )
                                         )
9                    Defendants.         )
                                         )

10

11

            IT IS HEREBY CERTIFIED that:
12
            I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident
13
    of San Diego County, CA; our business address is 880 Front Street, San Diego, CA 92101-8893; I
14
    am not a party to the above-entitled action.
15
            I have caused service of JOINT MOTION TO DECLARE CASE COMPLEX, on the
16
    following parties, by electronically filing the foregoing with the Clerk of the District Court using
17
    its ECF System, which electronically notifies the following parties at their respective e-mail
18
    addresses:
19
            (1)    STEPHEN P. WHITE – Attorney for Eduardo Barajas (1)
20                 E-Mail: spw1@sbcglobal.net

21          (2)    MARK F. ADAMS – Attorney for Victor Ramos (2)
                   E-Mail: markadamsesq@yahoo.com
22
            (3)    LYNN H. BALL – Attorney for Alejandro Velarde (3)
23                 E-Mail: lhball@sbcglobal.net

24          (4)    ROBERT E. BOYCE – Attorney for Miguel Rivera Medina (4)
                   E-Mail: reboyce@pacbell.net
25
            (5)    JAMES W. GLEAVE – Attorney for Jacob Tallaeche (5)
26                 E-Mail: jim@jwglaw.com

27          (6)    NANCY B. ROSENFELD – Attorney for Thomas A. Manzano (6)
                   E-Mail: nrosenfeld@aol.com
28
            (7)    ANTHONY E. COLOMBO, JR. – Attorney for Deric Williams (7)

                                                                      07CR2985-WQH
                                                              Joint Motion For A Protective Order

E-Mail: anthonycolombolegal@yahoo.com

(8)    CHARLES N. GUTHRIE – Attorney for Julio Cesar Jimenez (8)
        E-Mail: charlesnguthrie@aol.com

(9)    HOWARD B. FRANK  – Attorney for Ernesto Roman Lopez (9)
        E-Mail: hbfandjm@aol.com

I declare under penalty of perjury that the foregoing is true and correct.


DATED: January 30, 2008                    /S/ TIMOTHY F. SALEL
                                           TIMOTHY F. SALEL
                                           Assistant U.S. Attorney