Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, # 531
San Diego, California 92101
Tel: 619-230-8598
Attorney for Defendant: Julio Jimenez

## UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 07 CR 2985 - WQH |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION SERVICE OF EX-PARTE |
| v. ) | MOTION EXONERATION OF BOND AND |
| ) | RE-CONVEYANCE OF REAL PROPERTY |
| JULIO JIMENEZ, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DECLARATION OF SERVICE:** My name is Charles N. Guthrie and I declare that on April 9, 2008, I filed by the electronic filing system the following document:

EX-PARTE MOTION FOR EXONERATION OF BOND AND RE-CONVEYANCE OF REAL PROPERTY.

with the United States District Court of the Southern District of California and thereby electronically served AUSA Mark Conover, 880 Front Street, Rm. 6293, San Diego, California.

I declare/ certify the above true under penalty of perjury this April 9, 2008, executed in the City of San Diego, State of California.

S/Charles N. Guthrie
Charles N. Guthrie, Atty at Law