FILED
08 APR -9 PM 4: 35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE JUDGE WILLIAM Q. HAYES)

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case No. 07 CR 2985 - WQH |
| | ) |
| | ) ORDER EXONERATING CRIMINAL |
| | ) BOND AND RECONVEYANCE OF |
| Plaintiff, | ) TRUST DEED |
| v. | ) |
| | ) |
| JULIO CESAR JIMENEZ, (8) | ) |
| | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the criminal bond in the above entitled case be exonerated and the following real property, located at 3941 Boston Avenue, San Diego, California, be released and reconveyed to the sureties, Jose C. Jimenez and Julia Jimenez, husband and wife.

SO ORDERED.

Dated: 4/9/08

HONORABLE JUDGE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE